IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UN4 PRODUCTIONS, INC., <br>         Plaintiff, <br><br> v. <br><br> JOHN DOES 1-15, <br>         Defendant. | CIVIL ACTION <br><br><br><br><br> NO.  17-2768 |

## O R D E R

**AND NOW**, this 28th day of August, 2017, **IT IS HEREBY ORDERED** that Oral Argument regarding Defendant's Motion to Quash or Modify Subpoena (ECF #6) has been set to take place via telephone on **Friday, September 29, 2017 at 11:00 a.m.**

Counsel for Plaintiff shall contact John Doe #15 and once all parties are on the line call in to Chambers at 267-299-7450.

                                                    **BY THE COURT:**

                                                    /s/Wendy Beetlestone, J.

                                                    _____

                                                    **WENDY BEETLESTONE, J.**