IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UN4 PRODUCTIONS, INC., <br> Plaintiff, | CIVIL ACTION |
| v. | |
| JOHN DOES 1-15, <br> Defendants. | NO. 17-2768 |

## ORDER

**AND NOW**, this 28th day of November, 2017, upon consideration of Defendant John Doe #15's Motion to Quash (ECF No. 6) and the Plaintiff's Response (ECF No. 7), the Motion is treated both as a Motion to Sever and as a Motion to Quash. Plaintiff's motion to sever is **GRANTED** and it is **ORDERED** that John Does 1-14 are **SEVERED** from this action **WITHOUT PREJUDICE** to UN4 Productions, Inc.'s right to re-file individual actions against them. It is **FURTHER ORDERED** that John Doe #15's Motion to Quash is **DENIED AS MOOT**.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

11/29/17